## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

EDGAR T. NUMRICH,                                    3:14-CV-01864-BR

                  **Plaintiff,**          **JUDGMENT OF DISMISSAL**

v.

QWEST CORPORATION,

                  **Defendant.**

In its Opinion and Order (#38) issued April 23, 2015, the Court granted Plaintiff leave to amend his Complaint consistent with the Opinion and Order by May 22, 2015, and advised Plaintiff that the Court would dismiss this matter if Plaintiff did not file an amended Complaint. To date, no amended complaint has been filed by Plaintiff.

The Court, therefore, **DISMISSES** this matter **without prejudice.**

IT IS SO ORDERED.

DATED this 11th day of June, 2015.

                               ANNA J. BROWN
                               United States District Judge

Judgment